UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ZHOUDAN ZHENG,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; TODD BLANCHE, Acting Attorney General of the United States; MARKWAYNE MULLIN, Secretary, Departmentof Homeland Security; LARRY C. DENAYER, Associate Director, Management Directorate; CONNIE NOLAN, Associate Director, Service Center Operations Directorate,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 26-cv-3299

(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
August 18, 2026

JOHN CHANG, ESQ.
*Counsel for Plaintiff*
401 Broadway, Suite 905
New York, New York 10013

By: */s/ John Chang*
John Chang, Esq.
(212)343-1138
jenyu_law@yahoo.com

SO ORDERED. /s/ ROBERT LEVY
Robert M. Levy
United States Magistrate Judge

8/20/26

Dated: Brooklyn, New York
August 19, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Geoffrey M. Stannard*
Geoffrey M. Stannard
Assistant U.S. Attorney
(718) 254-6229
geoffrey.stannard@usdoj.gov